

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | § | |
| VERNON LEE DOWNING, DECEASED. | § | No. 08-14-00030-CV |
| | § | Appeal from |
| | § | Probate Court No. 3 |
| | § | Dallas County, Texas |
| | § | (TC#PR-10-2214-3-12 and #12-68585) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment awarding Appellees $100,000 in damages for fraud and in that part of the judgment awarding Appellees $10,000 in attorney's fees. We therefore reverse those parts of the judgment of the court below and render judgment that Appellees take nothing as to those damages and fees. We further order that the remainder of the judgment of the court below is affirmed, in accordance with the opinion of this Court.

We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment as revised, and for all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF FEBRUARY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.